UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bayview Loan Servicing LLC, a Delaware Limited
Liability Company

**Order Filed on March 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.:  20-10344 CMG |
|---|---|
| | Adv. No.: |
| Justin M. Peters, Meghan E. Peters | Hearing Date:  3/18/2020 @ 10:00 a.m. |
| | |
| Debtors. | Judge:  Christine M. Gravelle |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: March 16, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtors:          Justin M. Peters, Meghan E. Peters
Case No.:         20-10344 CMG
Caption:          **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                  DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company, holder of a mortgage on real property located at 103 Mary Street, Bordentown, NJ, 08505, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and George E. Veitengruber, III, Esquire, attorney for Debtosr, Justin M. Peters and Meghan E. Peters, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtors shall pay the arrearage claim of Secured Creditor (Claim # 1) in full through the Chapter 13 plan; and

It **ORDERED, ADJUDGED and DECREED** that Debtors are to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors reserve their right to object to Secured Creditor's proof of claim and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 20-10344-CMG
Justin M. Peters                                                          Chapter 13
Meghan E. Peters
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Mar 16, 2020
                              Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2020.
db/jdb          +Justin M. Peters,    Meghan E. Peters,    103 Mary Street,    Bordentown, NJ 08505-1813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2020 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   BAYVIEW LOAN SERVICING LLC, A DELAWARE LIMITED
           LIABILITY COMPANY dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          George E Veitengruber, III    on behalf of Joint Debtor Meghan E. Peters
           bankruptcy@veitengruberlaw.com,   knapolitano15@gmail.com
          George E Veitengruber, III    on behalf of Debtor Justin M. Peters bankruptcy@veitengruberlaw.com,
           knapolitano15@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 5