UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

HILL WALLACK LLP

Elizabeth K. Holdren, Esq.

21 Roszel Road, P.O. Box 5226

Princeton, NJ 08543

Phone: 609-924-0808

email: eholdren@hillwallack.com

Attorneys for Wilmington Savings Fund Society, FSB as Owner Trustee of the Residential Credit Opportunities Trust V-E

| | |
|---|---|
| In Re: Justin M. Peters and Meghan E. Peters, Debtors. | Case No.: 20-10344<br>Chapter: 13<br>Hearing Date: October 6, 2021<br>Judge: CMG |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief (Doc. 31) OTBS

_____

Date: September 27, 2021

/s/ Elizabeth K. Holdren
Signature

*rev.8/1/15*