**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**HILL WALLACK LLP**
Elizabeth K. Holdren, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Telephone: (609) 924-0808
Email: eholdren@hillwallack.com
*Attorneys for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-E*

Order Filed on December 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**In Re:**

Justin M. Peters and Meghan E. Peters,

Debtors.

Chapter: 13

Case No. 20-10344 (CMG)

Hearing: October 6, 2021

Recommended Local Form    ☐ Followed    ☒ Modified

**AMENDED ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: December 21, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | <u>Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-E</u> |
| Applicant's Counsel | <u>Hill Wallack LLP - Elizabeth K. Holdren Esq.</u> |
| Debtor's Counsel | <u>George E. Veitengruber, III, Esq.</u> |
| Property Involved ("Collateral"): | <u>103 Mary Street, Bordentown, NJ 08505</u> |

Relief sought:

☒ Motion for Relief from Stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages (as of September 30, 2021):

    - The Debtor is overdue for 3 monthly payments for **July 1, 2021** through **September 1, 2021** in the amount of **$1,563.07** each, for a total of **$4,689.21**, less suspense balance of **$1,523.89**, for a total amount due of **$3,165.32.**

    Total Arrearages Due:  **$3,165.32**.

2. Debtor must cure all post-petition arrearages, as follows:

    - Beginning on **October 1, 2021**, regular post-petition monthly mortgage payments shall continue to be made in the amount of **$1,563.07** or pursuant to any future Notice of Payment Change duly filed by Secured Creditor.

    - Beginning on **November 15, 2021** and continuing on the 15th day of each month thereafter, additional monthly cure payments shall be made by the Debtors in the amount of **$791.33** for **4** months.

3. All payments to the Secured Creditor shall be made to the following address:

    FCI Lender Services, Inc.
    P.O. Box 28720
    Anaheim Hills, CA 92809

2

4. In the event of Default:

☒ In the event Debtor fails to make the regular monthly payments or the additional cure payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorney's Fees:

☒ The Applicant is awarded attorney's fees of **$500.00** and costs of **$188.00**.

The fees and costs are payable through the Chapter 13 Plan.