|   |   |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br>Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>**HILL WALLACK LLP**<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Telephone: (609) 924-0808<br>Email: eholdren@hillwallack.com<br>*Attorneys for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-E* | Order Filed on December 21, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>Justin M. Peters and Meghan E. Peters,<br><br>                Debtors. | Chapter: 13<br><br>Case No. 20-10344 (CMG)<br><br>Hearing: October 6, 2021 |

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

**AMENDED ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: December 21, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-E |
| Applicant's Counsel | Hill Wallack LLP - Elizabeth K. Holdren Esq. |
| Debtor's Counsel | George E. Veitengruber, III, Esq. |
| Property Involved ("Collateral"): | 103 Mary Street, Bordentown, NJ 08505 |

Relief sought:

☒ Motion for Relief from Stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages (as of September 30, 2021):

   - The Debtor is overdue for 3 monthly payments for **July 1, 2021** through **September 1, 2021** in the amount of **$1,563.07** each, for a total of **$4,689.21**, less suspense balance of **$1,523.89**, for a total amount due of **$3,165.32.**

   Total Arrearages Due: **$3,165.32**.

2. Debtor must cure all post-petition arrearages, as follows:

   - Beginning on **October 1, 2021**, regular post-petition monthly mortgage payments shall continue to be made in the amount of **$1,563.07** or pursuant to any future Notice of Payment Change duly filed by Secured Creditor.

   - Beginning on **November 15, 2021** and continuing on the 15th day of each month thereafter, additional monthly cure payments shall be made by the Debtors in the amount of **$791.33** for **4** months.

3. All payments to the Secured Creditor shall be made to the following address:

   FCI Lender Services, Inc.
   P.O. Box 28720
   Anaheim Hills, CA 92809

4. In the event of Default:

☒ In the event Debtor fails to make the regular monthly payments or the additional cure payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorney's Fees:

☒ The Applicant is awarded attorney's fees of **$500.00** and costs of **$188.00**.

The fees and costs are payable through the Chapter 13 Plan.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-10344-CMG |
| Justin M. Peters | Chapter 13 |
| Meghan E. Peters | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 21, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Justin M. Peters, Meghan E. Peters, 103 Mary Street, Bordentown, NJ 08505-1813 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC  A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-E eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| George E Veitengruber, III | on behalf of Joint Debtor Meghan E. Peters bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com |
| George E Veitengruber, III | on behalf of Debtor Justin M. Peters bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Dec 21, 2021 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6